OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 3, 2024

Court of Chancery
New Castle County Courthouse
500 North King Street, Suite 1551
Wilmington, DE 19801

RE: D. DEL. Case No. 24-254-GBW
Landbridge Port Services v. Notarc Port

Dear Clerk:

Pursuant to the Memorandum Order dated March 27, 2024 remanding the above case to your Court, enclosed please find the following items:

(X)   Certified copy of the USDC docket sheet
(X)   Certified copy of the Memorandum Order

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,
Randall C. Lohan, Clerk of Court

By: _____
Deputy Clerk

Encs.